IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

COM-PAC INTERNATIONAL, INC.

      Plaintiff,

                        Case No. 06-467-DRH

THE PACKMATE COMPANY,

      Defendant.

## COMPLAINT

Plaintiff, Com-Pac International, Inc. ("Com-Pac") for its Complaint against The PackMate Company ("PackMate"), states as follows:

### Jurisdiction

1. This is an action for patent infringement under the patent laws of the United States, 35 U.S.C. §1 *et. seq.* This Court has jurisdiction of this action pursuant to 28 U.S.C. §1331 and 28 U.S.C. §1338(a).

2. Venue is proper in this district pursuant to 28 U.S.C. §1391 and 28 U.S.C. §1400.

### Parties

3. Com-Pac is an Illinois corporation with offices located at Carbondale, Illinois. Com-Pac is engaged *inter-alia* in the business of designing, developing, manufacturing and selling plastic bags, including storage bags with integral zippers.

4. PackMate is a corporation organized and existing under the laws of a state other than Illinois with principal offices located at Fairfield, California.

## COUNT I

### Infringement of U.S. Patent No. 6,059,457

5.  Plaintiff, Com-Pac, is the owner by assignment of the entire right, title and interest in and to United States Patent No. 6,059,457 (the "'457 patent"), which was duly and legally issued May 2, 2000, for an invention entitled "Evacuable Storage Bag with Integral Zipper Seal," a copy of which is annexed hereto as Exhibit A. As the owner of the '457 patent, Plaintiff Com-Pac has the right to bring actions for infringement thereof.

6.  Upon information and belief, Defendant PackMate has, prior to the commencement of this action, infringed the '457 patent, within this Judicial District and elsewhere, and within the provisions of 35 U.S.C. § 154, by making, offering to sell, selling and/or using bags embodying the published invention, including but not limited to, offering to sell and/or selling such bags on its website located at www.packmate.com.

7.  Plaintiff Com-Pac has been irreparably damaged by Defendant's infringement and will continue to suffer additional irreparable damage unless this Court enjoins Defendant PackMate from continuing its infringement.

8.  Upon information and belief, Defendant PackMate has deliberately and willfully infringed the ''457 patent, making this an exceptional case and justifying the assessment of treble damages pursuant to 35 U.S.C. § 284, and the award of attorneys' fees pursuant to 35 U.S.C. § 285.

## PRAYER

WHEREFORE, Com-Pac prays:

1.  That this Court preliminarily and permanently enjoin PackMate and its officers, directors, agents, representatives, attorneys and all persons acting or claiming to act on its behalf

or under its direction or authority, and all persons acting in concert or in participation therewith, from making, using, offering to sell or selling any product that infringes the '457 patent;

2. That this Court award Com-Pac its damages by reason of said patent infringement;

3. That this Court award Com-Pac reasonable royalties by reason of infringement of the claims of the '457 patent;

4. That this Court increase such monetary awards by three times the amount found or assessed pursuant to 35 U.S.C. § 284;

5. That this Court award Com-Pac its costs in this action, together with reasonable attorneys' fees as authorized by 35 U.S.C. § 285;

6. That this Court order PackMate to deliver up to the Court any product which might violate any injunction granted herein; and

7. That this Court grant Com-Pac such other relief as it deems just and reasonable.

## JURY TRIAL DEMAND

Com-Pac hereby demands trial by jury for all issues so triable.

Respectfully submitted,

Date:  June 14, 2006

_____/s/ Scott P. Hendricks \_\_\_\_\_
Scott P. Hendricks 06184949
206 West College Street, Suite 12
Carbondale, IL 62901
Ph: (618) 529-2274
Fax: (618) 529-1638
Co-Counsel for Com-Pac International, Inc.

JS 44 (Rev. 11/04)                                                       **CIVIL COVER SHEET**

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
COM-PAC INTERNATIONAL, INC.

### DEFENDANTS
THE PACKMATE COMPANY

**(b)** County of Residence of First Listed    JACKSON, IL
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant    SOLANO, CA
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

**(c)** Attorney's (Firm Name, Address, and Telephone Number)
Scott P. Hendricks, Hendricks & Hagan,
206 West College Street, Suite 12, Carbondale, IL 62901

Attorneys (If Known)

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- **X** 3 Federal Question (U.S. Government Not a Party)
- ☐ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | **X** 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | **X** 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 |  | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 365 Personal Injury - Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 320 Assault, Libel & Slander | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 650 Airline Regs. | **X** 830 Patent | ☐ 470 Racketeer Influenced Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 330 Federal Employers' Liability | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 340 Marine / **PERSONAL PROPERTY** | ☐ 690 Other |  | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization |
| ☐ 220 Foreclosure | ☐ 442 Employment | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations / **Habeas Corpus:** |  | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 530 General |  | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment / ☐ 535 Death Penalty |  |  | ☐ 900 Appeal of Fee Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other / ☐ 540 Mandamus & Other |  |  | ☐ 950 Constitutionality of State Statutes |
|  | ☐ 440 Other Civil Rights / ☐ 550 Civil Rights |  |  |  |
|  | ☐ 555 Prison Condition |  |  |  |

## V. ORIGIN (Place an "X" in One Box Only)

- **X** 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
35 U.S.C. § 1, et. seq.
Brief description of cause:
Patent Infringement

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: **X** Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE                                      DOCKET NUMBER

DATE: 6/14/06
SIGNATURE OF ATTORNEY OF RECORD: /s/ Scott P. Hendricks

**FOR OFFICE USE ONLY**

RECEIPT #          AMOUNT          APPLYING IFP          JUDGE          MAG. JUDGE