IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

**COM-PAC INTERNATIONAL, INC.,**

**Plaintiff,**

**v.**

**ESSERE CORPORATION and
DAVID GRAHAM,**

**Defendants.**                                            **No. 06-CV-467-DRH**

## ORDER OF DISMISSAL

**HERNDON, District Judge:**

Now before the Court is a Notice of Voluntary Dismissal (Doc. 39) submitted by Plaintiff Com-Pac International, Inc. dismissing Defendant David Graham without prejudice filed pursuant to **FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(I)**.  Graham has never been served.  Therefore, the Court **DISMISSES without prejudice** Graham.  In addition, a Stipulation for Dismissal (Doc. 38), executed by counsel for Com-Pac International, Inc. and the Essere Corporation, has been filed with this Court.  Based on this stipulation, **IT IS ORDERED** that this action is hereby **DISMISSED without prejudice**.  Each party to bear its own costs.

**IT IS SO ORDERED.**

Signed this 26th day of September, 2007.

/s/       DavidRHerndon
**United States District Judge**